[No. 12850-7-I. Division One. January 25, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD A. WHITE, *Defendant,* DOUGLAS P. VERSOLENKO, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 59243, Floyd V. Hicks, J., entered April 8, 1982. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Swanson and Corbett, JJ.

[Nos. 9385-1-I; 9456-4-I; 9484-0-I; Division One. January 25, 1984.]
9614-1-I; 9684-2-I.

THE STATE OF WASHINGTON, *Appellant,* v. ROBERT J. PICHORA, JR., *Respondent.*

THE STATE OF WASHINGTON, *Appellant,* v. CLAUDE CRAWFORD, *Respondent.*

THE STATE OF WASHINGTON, *Appellant,* v. GARY P. WILLIAMS, *Respondent.*

THE STATE OF WASHINGTON, *Appellant,* v. ROBERT L. MOEN, *Respondent.*

THE STATE OF WASHINGTON, *Appellant,* v. JOHN R. BLUM, *Respondent.*

Appeals from judgments of the Superior Court for King County, Nos. 80-1-03056-2, 80-1-02519-5, 80-1-03252-2, 80-1-03549-1, 80-1-00542-8, Frank D. Howard, H. Joseph Coleman, and Frank H. Roberts, Jr., JJ., entered October 9, October 7, October 27, November 12, and October 29, 1980. *Dismissed* by unpublished opinion per Corbett, A.C.J., concurred in by Callow, J.